IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANTANDER BANK, N.A.,** | : | CIVIL ACTION |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **A. CHARLES PERUTO, JR. et al.,** | : | |
| *Defendants*. | : | No. 16-5775 |
| | : | |

## ORDER

**AND NOW,** this 11th day of November, 2016, after today's chambers conference with the parties, it is hereby **ORDERED** that the **Clerk of Court** shall place this matter in **SUSPENSE**. The parties have confirmed that:

1. Mr. Peruto will immediately take down all billboards concerning Santander Bank, N.A. and will refrain from erecting any future billboards concerning Santander Bank, N.A. until the close of business on December 1, 2016.

2. The parties have agreed to enter into good faith negotiations aimed at reaching an amicable resolution to the current dispute.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE